UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA PEGUES,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2407** |
| **THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.,**<br>     **Defendants** | **SECTION "E" (1)** |

## ORDER

Defendant Board of Supervisors of Louisiana State University and Agriculture and Mechanical College removed this case from the Civil District Court for the Parish of Orleans.[1] Defendant then moved to dismiss Plaintiff Teresa Pegues's claims against it, arguing (1) Plaintiff's amendment of her state court petition was untimely, and (2) Plaintiff fails to properly state a claim for disability discrimination under Title II of the Americans with Disabilities Act of 1990 or Louisiana's Civil Rights Act for Persons with Disabilities.[2]

Plaintiff opposes the motion to dismiss.[3] Rule 15(a) "requires the trial court to grant leave to amend freely, and the language of this rule evinces a bias in favor of granting leave to amend."[4]

Accordingly;

**IT IS ORDERED** that Plaintiff file an amended complaint to address any issues

---

[1] R. Doc. 1.
[2] LA. REV. STAT. 46:2252.
[3] R. Doc. 11.
[4] *Lyn-Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002) (internal quotation marks omitted).

1

raised by Defendant in its motion to dismiss. In the amended complaint, Plaintiff should clarify what claims she continues to assert, as well as the factual allegations on which those claims are based. Plaintiff's amended complaint shall be due by Friday, May 18, 2018 at 5:00 p.m.

**IT IS FURTHER ORDERED** that if the Plaintiff files on or before May 18, 2018 an amended complaint in accordance with this order, the motion to dismiss will be denied without prejudice.

**New Orleans, Louisiana, this 3rd day of May, 2018.**

*[Signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**