UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA PEGUES** | : CIVIL ACTION NO. 18-cv-2407 |
| | : |
| **VERSUS** | : SECTION E(2) |
| | : |
| **THE BOARD OF SUPERVISORS OF** | : JUDGE SUSIE MORGAN |
| **LOUISIANA STATE UNIVERSITY AND** | : |
| **AGRICULTURAL AND MECHANICAL** | : MAGISTRATE JUDGE JOSEPH |
| **COLLEGE, LSU SCHOOL OF DENTISTRY** | : WILKINSON |
| **AND FACULTY DENTAL PRACTICE** | : |

## SECOND AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff, Teresa Pegues, who respectfully represents as follows:

The Plaintiff inserts the following new paragraph into her complaint:

1-a.

Jurisdiction is proper in this cause due to the doctrine of waiver of sovereign immunity. It has long been established that a State may waive sovereign immunity in a particular action even where the action would otherwise be barred by such immunity. See *Coll. Sav. Bank v. Florida Prepaid Postsecondary Educ. Expense Bd.*, 527 U.S. 666, 670, 119 S.Ct. 2219, 2223, 144 L.Ed.2d 605 (1999), citing *Clark v. Barnard*, 108 U.S. 436, 442 (1883). As the State removed this case to federal court on March 6, 2018, thereby voluntarily invoking the jurisdiction of this Honorable Court, the State has waived Eleventh Amendment immunity under *Lapides v. Bd. of Regents of Univ. Sys. of Georgia*, 535 U.S. 613 (2002) and *Meyers ex rel. Benzing v. Texas*, 410 F.3d 236, 242 (5th Cir.2005).

Respectfully submitted:

**SMITH LAW FIRM**

*/s/ Robert Moseley Schmidt*_____
J. ARTHUR SMITH, III (#07730)
ROBERT MOSELEY SCHMIDT (#37934)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
rschmidt@jarthursmith.com
*Attorneys for Plaintiff, Teresa Pegues*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

_____*/s/ Robert Moseley Schmidt*_____
Robert Moseley Schmidt