UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA PEGUES,**<br>　　Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2407** |
| **THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, LSU SCHOOL OF DENTISTRY AND FACULTY DENTAL PRACTICE**<br>　　Defendant | **SECTION "E" (1)** |

### ORDER

On February 19, 2019, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, LSU School of Dentistry and Faculty Dental Practice, filed its witness and exhibit list.[1] The witness list and the exhibit list are deficient.

Witnesses must be listed with specificity, including the witness' name and address.[2] All exhibits in the exhibit list must be Bates Numbered.[3]

Accordingly;

**IT IS ORDERED** that Defendants file an amended witness and exhibit list incorporating the requirements described above by **Wednesday, February 27, 2019 at 5:00 p.m.** A failure to comply with the Court's order may result in Defendants being prohibited from calling witness who are not properly named or introducing exhibits that are not Bates numbered.

**New Orleans, Louisiana, this 21st day of February, 2019.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 48.
[2] R. Doc. 23 at 8.
[3] *Id.*